ORIGINAL

THIS DOCUMENT CONTAINS SENSITIVE DATA



FILED-USDC-NDTX-DA
'24 JUL 8 AM11:21

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

| | |
|---|---|
| **JOSEPH STANLEY TROTTER IV©**<br>Via Joseph Stanley Trotter IV©<br>In Propria Persona (NOT PROS SE)<br>PLAINTIFF,<br><br>Vs.<br><br>**STELLANTIS FINANCIAL SERVICES INC**<br>**PATRICK LYNCH** (State Bar No. 24065655)<br>DEFENDANTS | Civil Action No. _____<br><br>3-24CV1723-X |

## COMPLAINT FOR DAMAGES

NOTICE TO PRINCIPAL IS NOTICE TO AGENT NOTICE TO AGENT IS NOTICE TO PRINCIPAL

Comes now, Joseph-Stanley: Trotter IV© by limited appearance to this matter in this court of record with clean hands, without prejudice and with all rights reserved in dealing with this Honorable Court, in pro per, sui juris (NOT PRO SE), does hereby file this Complaint against Defendants Stellantis Financial Services Inc and Patrick Lynch (State Bar No. 24065655) and alleges as follows:

### INTRODUCTION

This is a civil action seeking damages and other relief for violations of federal law arising from the Defendants' submission of false claims and misleading statements in a repossession lawsuit in Texas state court, in violation of Plaintiff's rights under federal statutes and case law.

### JURISDICTION

1. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331 (federal question jurisdiction), as this action arises under the laws of the United States, including 15 U.S.C. § 1692 (Fair Debt Collection Practices Act), 18 U.S.C. § 1001 (False

1

Statements), 18 U.S.C. § 371 (Conspiracy to Defraud the United States), and 18 U.S.C. § 1962 (Racketeer Influenced and Corrupt Organizations Act).

2. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events or omissions giving rise to the claims occurred in this district, and Defendants reside and conduct business in this district.

## PARTIES

3. Plaintiff Joseph-Stanley: Trotter IV© is a resident of Dallas, Texas, and at all relevant times was the owner of the vehicle repossessed by the Defendants.

4. Defendant Stellentis Financial Services Inc is a corporation doing business in Texas, with its principal place of business located at 5757 Woodway Dr. Suite 400. Houston, TX 77057

5. Defendant Patrick Lynch (State Bar No. 24065655) is an attorney licensed to practice law in the state of Texas, with a business address of 2001 Bryan Street suite 1800 Dallas, Texas 75201

## FACTUAL ALLEGATIONS

6. On or about December 15, 2023, Plaintiff purchased a vehicle financed by Defendant Stellantis Financial Services Inc.

7. On or about January 18, 2024, Plaintiff rescinded the security interest in the vehicle due to fraud and nondisclosure, pursuant to 15 U.S.C. § 1635 and instead tendered payment by way of negotiable instrument in compliance with UCC 3-301, UCC 3-311, and UCC 3-603 .

8. Despite the rescission and tender of payment, Defendants filed a lawsuit in the 192nd District Court on March 28, 2024, seeking repossession of the vehicle.

9. In the lawsuit, Defendant Patrick Lynch (State Bar No. 24065655), knowingly made false claims and misleading statements, asserting that Plaintiff's rescission and tender of payment was invalid / insufficient. Alleging a REFUSAL TO PAY and that the financial institution retained a valid security interest in the vehicle.

10. As a result of these false claims and misleading statements, Plaintiff's vehicle was wrongfully repossessed on April 18, 2024, causing Plaintiff significant financial and emotional harm.

### COUNT I: VIOLATION OF 15 U.S.C. § 1692

11. Plaintiff realleges and incorporates by reference all preceding paragraphs as if fully set forth herein.

12. Defendant Patrick Lynch (State Bar No. 24065655), acting on behalf of Defendant Stellantis Financial Services Inc, engaged in false, deceptive, and misleading practices in violation of the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692e, by making false claims and misleading statements in the state court lawsuit.

13. As a result of Defendants' actions, Plaintiff suffered damages including but not limited to loss of property, financial harm, and emotional distress.

### COUNT II: VIOLATION OF 18 U.S.C. § 1962

14. Plaintiff realleges and incorporates by reference all preceding paragraphs as if fully set forth herein.

15. Defendants' actions constitute a pattern of racketeering activity in violation of the Racketeer Influenced and Corrupt Organizations Act (RICO), 18 U.S.C. § 1962, by engaging in acts of fraud and deception to wrongfully repossess Plaintiff's vehicle.

16. As a result of Defendants' racketeering activities, Plaintiff suffered damages including but not limited to loss of property, financial harm, and emotional distress.

### COUNT III: VIOLATION OF 18 U.S.C. § 1001

17. Plaintiff realleges and incorporates by reference all preceding paragraphs as if fully set forth herein.

18. Defendant Patrick Lynch (State Bar No. 24065655) knowingly and willfully made false, fictitious, and fraudulent statements and representations in connection with the state court lawsuit (DC-24-04709), in violation of 18 U.S.C. § 1001.

19. As a result of these false statements, Plaintiff suffered damages including but not limited to loss of property, financial harm, and emotional distress.

### COUNT IV: VIOLATION OF 18 U.S.C. § 371

20. Plaintiff realleges and incorporates by reference all preceding paragraphs as if fully set forth herein.

21. Defendants Patrick Lynch (State Bar No. 24065655) and Stellantis Financial Services Inc, conspired to defraud Plaintiff and the United States by making false claims and

misleading statements in the state court lawsuit (DC-24-04709), in violation of 18 U.S.C. § 371.

22. As a result of this conspiracy, Plaintiff suffered damages including but not limited to loss of property, financial harm, and emotional distress.

### PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff Joseph-Stanley: Trotter IV© respectfully requests that this Court:

a. Award Plaintiff compensatory and punitive damages in an amount to be determined at trial.

b. Award Plaintiff all fees and costs incurred in this action per noticed fee schedule;

c. Award Plaintiff pre- and post-judgment interest;

d. Grant such other and further relief as the Court deems just and proper.

Date: July 8, 2024

Respectfully Submitted,

_____
**Joseph Stanley Trotter IV©,**
Secured Party Creditor, Sui Juris
Executive Trustee for the Private Trust,
**JOSEPH STANLEY TROTTER IV©**
ALL RIGHTS RESERVED
17766 Preston Rd. Suite 208
Dallas, Texas 75252
Phone: 945-444-3344
Email: jtrotter@9imperial.com