UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOSEPH STANLEY TROTTER, IV, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 3:24-CV-1723-X-BT |
| | § | |
| STELLANTIS FINANCIAL | § | |
| SERVICES and PATRICK LYNCH, | § | |
| | § | |
| *Defendants.* | | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. 8). No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, the Court **DENIES** Plaintiff Joseph Stanley Trotter, IV's motion for leave to proceed *in forma pauperis*. (Doc. 5). Given the Magistrate Judge's recommendation, the Court will dismiss this action without prejudice in 30 days of this order unless Trotter pays the $405.00 filing fee.

**IT IS SO ORDERED** this 21st day of August, 2024.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1